JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Osipov, | Case No.: Case No.: 2:22-cv-1112 |
| Against | |
| Trans Union, LLC<br>Equifax Information Services, LLC<br>Experian Information Solutions, Inc.<br>Midland Funding LLC | The Hon. R. Gary Klausner<br><br>~~PROPOSED~~ ORDER FOR CASE DISMISSAL AS TO ALL PARTIES<br><br>Complaint Filed: 02/17/2022 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal With Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that all parties are dismissed with prejudice with each party to bear their respective costs and attorneys fees.

May 10, 2022
DATE: _____

_____
HON. R. Gary Klausner